**ST. LOUIS–SAN FRANCISCO RAILWAY COMPANY, Debtor, Appellant, v. James H. BREWSTER, Jr., et al., as Fort Scott Bondholders' Committee, et al.**

**No. 13263.**

Circuit Court of Appeals, Eighth Circuit.

June 19, 1946.

Rehearing Denied Sept. 4, 1946.

William V. Hodges, of Denver, Colo., and Daniel Bartlett, of St. Louis, Mo., for appellant.

Charles P. Williams, of St. Louis, Mo., Davis, Polk, Wardwell, Sunderland & Kiendl, Edwin S. S. Sunderland, Thomas O'G. FitzGibbon, and James L. Homire,

162

all of New York City, Lowenhaupt, Waite, Chasnoff & Stolar and Jacob Chasnoff, all of St. Louis, Mo., Hunton, Williams, Anderson, Gay & Moore, Henry W. Anderson, and George D. Gibson, all of Richmond, Va., Carter, Bull & Garstang and Emmet T. Carter, all of St. Louis, Mo., Cravath, Swaine & Moore, Robert T. Swaine, and Leonard D. Adkins, all of New York City, Bryan, Cave, McPheeters & McRoberts and Thomas S. McPheeters, all of St. Louis, Mo., White & Case, and Fitzhugh McGrew, all of New York City, Fordyce, White, Mayne, Williams & Hartman and Thomas W. White, all of St. Louis, Mo., Rathbone, Perry, Kelley & Drye and Alexander M. Lewis, all of New York City, Shepley, Kroeger, Fisse & Ingamells, Ethan A. H. Shepley, and William G. Pettus, Jr., all of St. Louis, Mo., and Milbank, Tweed, Hope, Hadley & McCloy and Orville W. Wood, all of New York City, for appellees.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellees.